# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tushla*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-137-556**

**Effective Date of Registration:**
July 09, 2018

## Title

Title of Work: Pink Sky horse

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: July 04, 2018
Nation of 1st Publication: China

## Author

Author: Changshu Yubao Textile Co., Ltd
Author Created: sculpture, Animal Costume
Work made for hire: Yes
Citizen of: China

## Copyright Claimant

Copyright Claimant: Changshu Yubao Textile Co., Ltd.
No. 3, Yinong Road, Gangnan Village, Bixi New District, Changshu City, China

## Rights and Permissions

Organization Name: Patel & Almeida, P.C.
Name: Paulo A. de Almeida
Email: paulo@paiplaw.com
Telephone: (818)380-1900
Address: 16830 Ventura Blvd
Suite #360
Encino, CA 91436 United States

## Certification

Page 1 of 2

**Registration #:** VA0002146952
**Service Request #:** 1-6947302281

Patel & Almeida, P.C.
Paulo A. de Almeida
16830 Ventura Blvd
Suite #360
Encino, CA 91436 United States

Name: Paulo A. de Almeida
Date: July 09, 2018

---

Copyright Office notes: Basis for Registration: Graphic and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

LICENSING AGREEMENT
Changshu Xianbao Textile Co., Ltd. and Anton International Inc.
Page 9 of 9

## EXHIBIT A

## FORM OF LICENSING AGREEMENT

For good and valuable consideration, the receipt of which is hereby acknowledged, Changshu Xianbao Textile Co., Ltd. ("Licensor") hereby grants to Anton International Inc. ("Licensee") an exclusive license to use the following items of intellectual property (the "Licensed IP") in the United States of America, and the Licensee accepts this license:

| Title of Work | Registration No. | Registration Date |
|---|---|---|
| Pink Sky Horse | VA 2137556 | 2018-07-09 |
|  | VA 2209128 | 2020-05-18 |
| Blue Sky Horse | VA 2146952 | 2018-09-12 |
|  | VA 2209136 | 2020-05-19 |
| Colored Strip and 9 Other Unpublished Works | VAu 1386967 | 2019-10-15 |

Each Party is signing this agreement on the date stated opposite that Party's signature.

CHANGSHU XIANBAO TEXTILE CO., LTD. ("LICENSOR")

DATED: 09/25/20

By: _____
Name: Yunqi Zou
Address: No. 3, Yinong Road, Gangnan Village, Bixi New District, Changshu City, Jiangsu Province, China
Phone:
E-mail:

ANTON INTERNATIONAL, INC. ("LICENSEE")

DATED: 09/25/20

By: _____
Name: Tinson Huang
Address: 1590 S Milliken Ave, Suite J Ontario, CA 91761
Phone: (213) 822-2233
E-mail: tinson@antonusa.com



